Smith, Appellant, *v.* Krouse, Admr., Bureau of Workers' Compensation, Appellee, et al.

(No. 77-1269—Decided June 21, 1978.)

Messrs. *Clayman & Jaffy,* and *Mr. Stewart R. Jaffy,* for appellant.

*Mr. William J. Brown,* attorney general, and *Mr. Gerald H. Waterman,* for appellee.

*Per Curiam.* The issue presented in this appeal is whether the order of the commission finding appellant to be permanently and totally disabled "but not due to the [prior] allowed injury" constitutes an appealable order.

R. C. 4123.519 provides, in part:

"The claimant or the employer may appeal a decision of the industrial commission in any injury case, other than a decision as to the extent of disability, to the court of common pleas * * *."

In a series of cases interpreting R. C. 4123.519, it has been held that "* * * it is an order constituting a 'denial that is absolute going to the basis of claimant's right' that is appealable." *Reeves* v. *Flowers* (1971), 27 Ohio St. 2d 40, 43, 271 N. E. 2d 769; *State, ex rel. Mansour,* v. *Indus. Comm.* (1969), 19 Ohio St. 2d 94, 249 N. E. 2d 775; *State, ex rel. Campbell,* v. *Indus. Comm.* (1971) 28 Ohio St. 2d 154, 277 N. E. 2d 219; *State, ex rel. General Motors Corp.,* v. *Indus. Comm.* (1975), 42 Ohio St. 2d 278, 328 N. E. 2d 387; *State, ex rel. Commercial Motor Freight,* v. *Stebbins* (1975), 42 Ohio St. 2d 389, 329 N. E. 2d 102; *State, ex rel. General Motors,* v. *Indus. Comm.* (1975), 44 Ohio St. 2d 46, 337 N. E. 2d 782; *Ford Motor Co.* v. *Mosijowsky* (1975), 44 Ohio St. 2d 109, 338 N. E. 2d 762; *Mooney* v. *Stringer* (1976), 48 Ohio St. 2d 375, 358 N. E. 2d 612.

Inasmuch as appellant's right to participate in the

fund has been established, " ** * the case at bar involves only the extent to which * * * [appellant] may continue to participate in the Workmen's Compensation Fund under an allowed claim." It "does not concern" an "absolute denial of a claim going to the basis of * * * [appellant's] right to participate, or to continue to participate, in the * * * Fund." *State, ex rel. Campbell, supra*, at page 156. Thus, the order of the commission is not appealable to the Court of Common Pleas under R. C. 4123.519.

The judgment of the Court of Appeals is affirmed.

*Judgment affirmed.*

O'NEILL, C. J., HERBERT, CELEBREZZE, W. BROWN, P. BROWN, SWEENEY and LOCHER, JJ., concur.